UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:01-00156 |
| | ) | JUDGE CAMPBELL |
| TONY L. LARK | ) | |

ORDER

Pending before the Court is a Petition (Docket No. 28) alleging violations of Defendant's Conditions of Supervision. The Court will hold a hearing on the Petition on September 16, 2014, at 1:00 p.m.

IT IS SO ORDERED.

                                                                                                _____
                                                                                                TODD J. CAMPBELL
                                                                                                UNITED STATES DISTRICT JUDGE