# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| TONY LADELL LARK | Case Number: 3:01-00127 & 3:01-00156 |
|  | USM Number: 17139-075 |
|  | Isaiah S. Gant |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  __One (1) through Six (6)__  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall refrain from any unlawful use of a controlled | 7/10/14 |
| 2 | Defendant shall submit to substance abuse treatment at the direction of the U.S. Probation Officer which may include random urinalysis testing, outpatient treatment, or inpatient treatment not to exceed 30 days which may be followed by up to 90 days in a community corrections center | 5/28/14 |
| 3 | Defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month | 5/21/14 |
| 4 | Defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer | 7/18/14 |
| 5 | Defendant shall pay restitution in the amount of $12,496.00 (total from both cases), at a rate of 10% of his gross monthly income | 7/18/14 |
| 6 | Defendant shall not commit another federal, state, or local crime | 6/19/14 |

   The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.  __1811__ | September 29, 2014 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:  __1971__ | /s/ Todd Campbell |
| | Signature of Judge |
| City and State of Defendant's Residence: | Todd J. Campbell, United States District Judge |
| Nashville, Tennessee | Name and Title of Judge |
| | September 29, 2014 |
| | Date |

DEFENDANT: TONY LADELL LARK      Judgment — Page 2 of 2
CASE NUMBER: 3:01-00127 & 3:01-00156

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>eight (8) months</u>

No period of Supervised Release is imposed.

  __X__    The Court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served since Federal arrest and detention on August 22, 2014.

  __X__    The Defendant is remanded to the custody of the United States Marshal.

  ____    The Defendant shall surrender to the United States Marshal for this District:

    ____ at _____ p.m. on _____

    ____ as notified by the United States Marshal.

  ____    The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ____ before 2 p.m. on _____

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____

United States Marshal

By: _____

Deputy United States Marshal